Thomas B. Quinn, Esq. #52630
John D. Keen, Esq. #64393
Gordon & Rees, LLP
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Phone: 303-534-5160
Fax: 303-534-5161
Email: tquinn@gordonrees.com; jkeen@gordonrees.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| OKAL 'SANDY' MEZGER as personal representative of Clara Belle Spracklen's Estate ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | |
| SSC CASPER OPERATING COMPANY, LLC, ) d/b/a POPLAR LIVING CENTER ) ) | Civil Action No.: 11-CV-185-S |
| Defendants. | |

---

**SSC CASPER OPERATING COMPANY'S MOTION *IN LIMINE* AS TO DELINQUENT YOULES' OPINION**

---

Defendant SSC Casper Operating Company, LLC, d/b/a Poplar Living Center ("PLC"),

by and through its counsel, Gordon & Rees LLP, submits this Motion *in Limine* as to Delinquent

Youles' Opinion.

**CONFERRAL**

Pursuant to U.S.D.C.L.R. 7.1(b)(1)(A), Defendant's counsel contacted Plaintiff's counsel

regarding this motion. It is anticipated that Plaintiff's counsel will oppose the relief requested

herein.

On October 28, 2011 Plaintiff tendered a comprehensive report of specially retained expert Nursing Home Administrator Lance Youles.

On March 7, 2012 Plaintiff submitted an unsigned "supplemental" report prepared by Mr. Youles.

For the most part the supplemental report addresses opinions stated in Mr. Youles initial report.

Mr. Youles did introduce one new opinion in his "supplemental" report and that purportedly dealt with the profits of "SavaSeniorCare".

Specifically, Mr Youles stated:

**C. New Opinion #1:**

**"SavaSeniorCare possessed the necessary financial resources to address the caregiver staffing problems identified in my 4/16/10 report based of the management fees and net income disclosed in the PLC Medicare Cost Report."**

**Basis of New Opinion:**

*Medicare Cost Report Filing*
**Poplar Living Center (PLC)**

| Total: | Home Office Costs: | Net Income: | Combined: |
|---|---|---|---|
| **Fiscal Year Ending 9/30/09:** | **$415,718** | **$306,868** | **$722,586** |

Mr. Youles bases this brand new opinion on documents that were publically available before the report deadline.  Specifically, Mr. Youles identified that the basis for the new opinion came from:

**NEW RECORDS RECEIVED AND REVIEWED**

2

5.      I received and reviewed the following records after my report was  issued on 4/16/10:

A.      PLC: "Medicare Cost Reports" (10/1/07 – 9/30/08), (10/1/08 – 9/30/09), and 10/1/09 – 9/30/10); and,

This new Youles opinion is not admissible because it was five months late, with no reasonable basis for its delinquency.  Further, Plaintiff did not seek leave of court to add the new opinion.  Finally, the report states that "SavaSeniorCare" possessed the ability to increase staff at Poplar.  All SavaSeniorCare entities were dismissed from the case on March 23, 2012.  Therefore the opinion is no longer directed to any party to this lawsuit and is not relevant to the claims against Poplar.

Respectfully submitted this 7th day of May, 2012.

GORDON & REES LLP

/s Thomas B. Quinn
Thomas B. Quinn
John D. Keen
Gordon & Rees LLP
555 Seventeenth St., Suite 3400
Denver, CO 80202
Telephone: (303) 534-5160
Facsimile: (303) 534-5161
E-mail: tquinn@gordonrees.com
          jkeen@gordonres.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 7th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Thomas Metier, Esq.
Phillip B. Chupik, Esq.
Metier Law Firm, LLC
4828 South College Avenue
Fort Collins, CO 80525

s/ Thomas B. Quinn
For Gordon & Rees, LLP

SAVA/1059824/12466713v.1

4