# CIVIL MINUTE SHEET
# ORAL RULING

☑ **Telephonic**

Date  05/22/12                                          Case No.  11CV185-S

Time  2:11 - 2:31 pm                                   Interpreter _____
                                                       Int. Phone _____

MEZGER                                    VS    SSC CASPER OPERATING COMPANY LLC, et al

| Scott W. Skavdahl | Tiffany Dyer | Jamie Hendrich | Heather Lloyd |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| N/A | N/A |
|---|---|
| Marshal | Probation Officer |

Attorney(s) for Plaintiff(s)    Phillip Chupik

Attorney(s) for Defendant(s)    John Keen, Thomas Quinn

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 98 | in Limine as to Delinquent Youles' Opinion | Granted |
| Defendant | 100 | to Exclude Testimony of Lance Youles | Denied |
| Defendant | 99 | Exclude all Testimony and Evidence Regarding Regulatory Surveys | Granted In Part |
| Defendant | 101 | Exclude Evidence or Information from Medicare.gov Website | Granted |
| | | | |
| | | | |

Other

The Court ruled on the above Motions - an Order incorporating by reference herein is forthcoming by the Court.