

**FILED**

*8:34 am, 5/23/12*

**Stephan Harris**

**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| OKAY 'SANDY' MEZGER as personal representative of Clara Belle Spracklen's Estate, | |
| Plaintiff, | Case No. 11-CV-185-S |
| vs. | |
| SSC CASPER OPERATING COMPANY, LLC, d/b/a POPLAR LIVING CENTER, a Delaware Company, its agents and employees, | |
| Defendant. | |

### ORDER ON PENDING MOTIONS IN LIMINE

This matter came before the Court for an oral ruling on all pending motions in limine on May 22, 2012. Subject to the limitations stated by the Court and for all the reasons set forth on the record during that hearing, the transcript of which is hereby incorporated by reference, the Court ORDERS as follows:

Defendant *SSC Casper Operating Company's Motion in Limine as to Delinquent Youles' [sic] Opinion* [Doc. 98] is **GRANTED**;

Defendant's *Motion to Exclude Testimony of Lance Youles Which is Beyond his Scope of*

*Expertise* [Doc. 100] is **DENIED WITHOUT PREJUDICE**;

*Defendant's Motion to Exclude All Testimony and Evidence Regarding Regulatory Surveys, Deficiencies, Sanctions, Plans of Correction, and Related Evidence* [Doc. 99] is **GRANTED IN PART**;

*Defendant's Motion in Limine to Exclude Evidence or Information from the Medicare.gov Website* [Doc. 101] is **GRANTED**.

Dated this __23rd__ day of May, 2012.

Scott W. Skavdahl
United States District Judge